Order Filed on May 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for Secured Creditor,
SN Servicing Corporation as Servicer for U.S. Bank Trust N.A., as Trustee of the SCIG Series III Trust

P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

IN RE:

Fredrick A. Stankiewicz

        Debtor(s).

Case No.: 17-15319

Chapter 13

Hearing Date: May 8, 2019

Judge: Kathryn C. Ferguson

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

      The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: May 24, 2019**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Applicant: SN Servicing Corporation
Applicant's Counsel: Friedman Vartolo LLP
Debtor's Counsel: Jonathan Goldsmith Cohen, Esq.
Property Involved("Collateral"): 435 Brookside Avenue, Oakhurst, NJ 07755

Relief sought:
✓ Motion for relief from the automatic stay
   Motion to dismiss
   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for **4** months, from **February 1, 2019** to **May 1, 2019**.
   - The Debtor is overdue for **4** payments at **$2,249.28** per month.
   - Late charges are overdue in the amount of **$1,222.20**.
   - Less Funds held in debtor(s) suspense **($710.94).**

   Total Arrearages Due **$9,508.38**

2. Debtor must cure all post-petition arrearages, as follows:

   - Beginning on **June 1, 2019**, additional monthly cure payments shall be made in the amount of **$1,056.49** for **nine (9)** months.
   - Beginning on **June 1, 2019**, regular monthly mortgage payments shall continue to be made in the amount of **$2,249.28** or as further defined by the terms of the Note, Mortgage or payment change notices.

3. Payments to the Secured Creditor shall be made to the following address(es):

   ✓ Regular monthly payment: SN Servicing Corporation
      PO Box 660820
      Dallas TX 75266-0820

✓ Monthly cure payment:    SN Servicing Corporation
PO Box 660820
Dallas TX 75266-0820

In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make regular monthly payments or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' Attorney.

4. Award of Attorney's Fees:

✓ The Applicant is awarded attorney's fees of $350.00, and costs of $181.00.
The fees and costs are payable through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order

_____
Jonathan Goldsmith Cohen, Esq.
*Attorney for Debtor*

/s/ Jonathan Schwalb, Esq.
Jonathan Schwalb, Esq.
*Attorney for Secured Creditor*